**Terry BOYD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81282.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 13, 2003.

Application for Transfer Denied
Dec. 23, 2003.

William J. Ekiss, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Linda Lemke, Jefferson, City, MO, for respondent.

Before MARY R. RUSSELL, P.J.,
CLIFFORD H. AHRENS, J., and
BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Terry Boyd ("Boyd") appeals from the
motion court's judgment denying his post-conviction motion without an evidentiary
hearing. Boyd raises two points on appeal. In his first point, Boyd argues the
motion court erred in denying his Rule
29.15 motion because his trial counsel was
ineffective for withdrawing his motion for
a continuance and proceeding with trial.
In his second point, Boyd argues the motion court clearly erred in denying his Rule
29.15 motion without entering findings of
fact and conclusions of law on all allegations contained in the amended motion in
violation of Rule 29.15(j).

We have reviewed the briefs of the parties and the record on appeal. The motion
court's findings of fact and conclusions of
law are not clearly erroneous pursuant to
Rules 29.15(k). No precedential or jurisprudential purpose would be served by an
opinion reciting the detailed facts and restating the principles of law. The judgment is affirmed pursuant to Rule 84.16(b).
The parties have been provided with a
memorandum for their information only,
setting forth the reasons for this order
affirming the judgment.